Andrew G. Watters
555 Twin Dolphin Dr., Ste. 135
Redwood City, CA 94065
+1 (650) 542-0057,800
andrew@watters.law


Pro se


UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


ANDREW G. WATTERS, an individual,           )    Case No: 5:26-cv-02808-NW
                                            )
              Plaintiff,                     )    NOTICE OF RELATED CASE
                                            )
       v.                                    )
                                            )
RICHARD TROYAN, an individual;               )
and Does 1-20,inclusive,                     )
                                            )
              Defendants.                    )
                                            )
_____ /

Pursuant to Civil Local Rule 3-12, Plaintiff discloses the related case of *Rubino v. Rankin*, 5:26-cv-03291. The case is related because it involves substantially similar incidents as well as common questions of law. Plaintiff here is Plaintiff's counsel in the related case.


Date:    April 18, 2026             By:    *Andrew G. Watters*
                                           _____
                                           Andrew G. Watters
                                           Plaintiff


NOTICE OF RELATED CASE

- 1 -