UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANDREW G. WATTERS,

Plaintiff - Appellant,

v.

RICHARD TROYAN,

Defendant - Appellee.

No. 26-2038

D.C. No.
5:26-cv-02808-NW
Northern District of California,
San Jose

ORDER

Before: SILVERMAN, BENNETT, and SANCHEZ, Circuit Judges.

The court has received the response to the April 7, 2026 order. The court lacks jurisdiction over this appeal, because the district court's April 2, 2026 order denying a temporary restraining order is not appealable. *See Religious Tech. Ctr. v. Scott*, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction).

The pending motion (Docket Entry No. 5) for injunctive relief is denied as moot.

**DISMISSED.**