UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANDREW G. WATTERS,

      Plaintiff - Appellant,

  v.

RICHARD TROYAN,

      Defendant - Appellee.

No. 26-2038

D.C. No.
5:26-cv-02808-NW

Northern District of California,
San Jose

MANDATE

The judgment of this Court, entered April 24, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT