Andrew G. Watters
555 Twin Dolphin Drive, Suite 135
Redwood City, CA 94065
+1 (650) 542-0057
andrew@watters.law

Pro se

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ANDREW G. WATTERS, an individual,

Plaintiff,

v.

RICHARD TROYAN, an individual, and Does 1-20, inclusive,

Defendants.

Case No.: 5:26-cv-02808

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41, Plaintiff Andrew G. Watters notices dismissal of this action. Rule 41(1)(A) provides that a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. Plaintiff accordingly notices voluntary dismissal of this action, without prejudice. *See* Federal Rule of Civil Procedure 41(a)(1)(B). The dismissal is being made so that Plaintiff may properly represent the plaintiff in a related case previously disclosed to this Court without conflict.

Dated: September 5, 2026

Andrew G. Watters

Plaintiff Andrew G. Watters